# COMPLAINT FORM
(for filers who are prisoners without lawyers)

(revised 4/19/2022)

**FILED**
07/14/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Indiana**

(Full name of plaintiff(s))

Kadan Allender

v.

(Full name of defendant(s))

Indiana Department of Corrections
Putnamville Correctional Facility
Indiana Department of Health
Dushan Zatecky
Donna Bumgardner - grievance specialist

Case Number:

2:23-cv-00364-JMS-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **Indiana** (State), and is located at

   **1946 West US Highway 40, Greencastle, IN-46135**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Indiana Department of Corrections**
   (Name)

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Indiana Dept of Corrections violated my 8th admendment Right by allowing this Cruel and unusual punishment to happen. Putnamville Correctional facility violated my writes by not ensuring the proper saftey management, No pest control, and have done nothing to fix the issue. Indiana department of health has violated my writes by not ensuring the proper precautions be set in place/enforced to keep inmates saftey/health. Dushan Zatecky has violated my rights by having knowledge of the insident. I have wrote numerous Request slips to have matter addressed. He has walked the Ranges

Complaint - 2

in D-HU, He has been shown the bugs/pests that inmates are forced to be housed in. He has made comments like "its not my concern", "shouldn't have gotten locked up", "oh well deal with it" and still to this day 7-8-2023 has done absolutely nothing. I have Recently been placed in D-Hu again on C-6 and every night at least 10 cockroaches are killed, Spiders climb on walls, Rattlers rats are a constant. This is Cruel and unusual punishment. Why do we have to live in these inhumane conditions. Why has nothing been done. Donna bumgardner - grievance Specialist, has Done nothing. She has not investigated our matters, She has been made aware of our issues. She knowingly participates in trying to cover it up. She is an accessory.

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

350,000.00 for mental anguish for making me live 9 months in these conditions. People to be fined for not doing their Job. Enforce a safe and clean environment. $350,000.00 for violation of my 8th admendment right of cruel and unusual panishment, Inhumane Conditions I had to live in for 9 months.
We are not animals who live in the wild. Order for All inmates whom have been incarcerated at putnamville and been subject to the same treatment in D-Hu housing complex A1-A13, B1-B12, C1-C12, D1-D13 to recieve the same payment listed above

Complaint - 4

E.  JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
        OR

☐ Court Trial – I want a judge to hear my case

Dated this 08 day of July 2023.

Respectfully Submitted,

_____
Signature of Plaintiff

277745
Plaintiff's Prisoner ID Number

1946 W US Highway 40
Greencastle, IN- 46135
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

Complaint - 5

FILING FEE

 I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.