UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KADAN ALLENDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cv-00364-JMS-MJD |
| ) | |
| DUSHAN ZATECKY, ) | |
| DONNA BUMGARDNER, ) | |
| TRICIA PRETORIUS, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

The Court now enters final judgment. The action is dismissed **without prejudice**.

Date: 1/16/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

KADAN ALLENDER
[no current address available; clerk to provide copy on request]

Abigail Davis
Office of Indiana Attorney General
abigail.davis@atg.in.gov

Erica Lee Sawyer
INDIANA ATTORNEY GENERAL
Erica.Sawyer@atg.in.gov